# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIRTHA KUNDERT, <br><br> Plaintiff, <br><br> v. <br><br> ALLNEX USA INC., <br><br> Defendant, | CIVIL ACTION FILE NO: <br><br> 1:21-CV-0552 <br><br> **JURY TRIAL DEMANDED** |

## STIPULATED ORDER OF DISMISSAL

Plaintiff Mirtha Kundert and Defendant Allnex USA Inc., by and through the undersigned counsel, agree to this Stipulated Order of Dismissal WITH PREJUDICE of CAFN.: 1:21-CV-0552, the parties to bear their respective costs, including attorneys' fees and other expenses. IT IS HEREBY ORDERED that the complaint and all pending claims and causes of action asserted in CAFN.: 1:21-CV-0552 are voluntarily DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED,** this 23rd day of August, 2021.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE